**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **THOMAS CHESTER RAY, JR.,**  )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>**CHILTON COUNTY, et al.,**   )<br>   )<br>   Defendants.   ) | **CIVIL ACTION NO.**<br>**2:24cv623-MHT**<br>**(WO)** |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of February, 2025.

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**